176 So. 622

### STATE v. W. L. WILSON.

### 5 Div. 263.

Supreme Court of Alabama.

Oct. 28, 1937.

W. L. Wilson and Paul J. Hooton, both of Roanoke, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

GARDNER, Justice.

Petition of W. L. Wilson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of State v. Wilson, 27 Ala.App. 560, 176 So. 620.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.